IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURO SOLIS,

    Petitioner,

v().                              Case No. 4:15cv20-MW/CJK

JULIE JONES,

    Respondent.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 8, is **GRANTED**. The amended petition for writ of habeas corpus, ECF No. 3, challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Mauro Solis*, in the Circuit Court for Gadsden County, Florida, Case No.

1

03-CF-808, is **DISMISSED** with prejudice.  A certificate of appealability is

**DENIED**."   The Clerk shall close the file.

    **SO ORDERED on September 24, 2015.**

                                           <u>s/Mark E. Walker</u>
                                           **United States District Judge**